UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

vs.                                                        CR. NO.

SCOTT TOBIN

INFORMATION

The United States Attorney charges:

**COUNT ONE**
[26 U.S.C. § 7203 – Willful Failure to File 2003]

During the calendar year 2003, the defendant, Scott Tobin, who was a resident of New

Hampshire, and who did business as RPS Construction LLC, paid out wages of $4,152; that

by reason of such wages paid out he was required by law, following the close of the quarter

ending June 30, 2003, and on or before July 31, 2003, to make an Employer's Quarterly

Federal Tax Return to the Director, Internal Revenue Service Center, or other proper officer

of the United States, stating specifically the amount of wages paid out to his employees and

the total income tax withheld from the wages; that well knowing and believing all of the

foregoing, he did willfully fail to make an Employer's Quarterly Federal Tax Return to said

Director of the Internal Revenue Service Center or to any other proper officer of the United

States.

All in violation of Title 21, United States Code, Section 7203.

## COUNT TWO
[26 U.S.C. § 7203 – Willful Failure to File 2000]

During the calendar year 2003, the defendant, Scott Tobin, who was a resident of New Hampshire, and who did business as RPS Construction LLC, paid out wages of $13,829; that by reason of such wages paid out he was required by law, following the close of the quarter ending September 30, 2003, and on or before October 31, 2003, to make an Employer's Quarterly Federal Tax Return to the Director, Internal Revenue Service Center, or other proper officer of the United States, stating specifically the amount of wages paid out to his employees and the total income tax withheld from the wages; that well knowing and believing all of the foregoing, he did willfully fail to make an Employer's Quarterly Federal Tax Return to said Director of the Internal Revenue Service Center or to any other proper officer of the United States.

All in violation of Title 21, United States Code, Section 7203.

## COUNT THREE
[26 U.S.C. § 7203 – Willful Failure to File 2000]

During the calendar year 2003, the defendant, Scott Tobin, who was a resident of New Hampshire, and who did business as RPS Construction LLC, paid out wages of $18,196; that by reason of such wages paid out he was required by law, following the close of the quarter ending December 31, 2003, and on or before January 31, 2004, to make an Employer's Quarterly Federal Tax Return to the Director, Internal Revenue Service Center, or other proper officer of the United States, stating specifically the amount of wages paid out to his

employees and the total income tax withheld from the wages; that well knowing and

believing all of the foregoing, he did willfully fail to make an Employer's Quarterly Federal

Tax Return to said Director of the Internal Revenue Service Center or to any other proper

officer of the United States.

      All in violation of Title 21, United States Code, Section 7203.

                                      THOMAS P. COLANTUONO
                                      United States Attorney

January 17, 2008                     By: /s/ Mark S. Zuckerman
                                      Mark S. Zuckerman
                                      Assistant United States Attorney